GAINES *et al. v.* THE STATE (two cases).

In each of these cases, the evidence warranted the verdict, and the court did not err in overruling the motion for a new trial.

May 25, 1892.                                *Judgment affirmed.*

Criminal law. Burglary. Before Judge MADDOX. Floyd superior court. March term, 1892.

Two joint indictments for burglary were found against J. B. Gaines, J. R. Gaines and W. L. Michael. One of them charged the defendants with burglarizing the storehouse of one Foster on November 11, 1891, and carrying therefrom six suits of clothing, six pairs of shoes, four dozen handkerchiefs, two hundred and fifty cigars, two dozen pocket knives, six bolts of calico and six bolts of checks. The other charged the defendants with burglarizing the storehouse of Story Bros. on November 20, 1891, and carrying therefrom one can of lard, six pairs of shoes, one barrel of flour, fifty cents in money, one bolt of cotton checks and one box of tobacco, of the value of $25. In each case J. B. Gaines pleaded guilty, and claimed that neither of the other defendants had any

part in the crime. These two made statements denying any knowledge or connection therewith. The testimony on which it would seem the conviction of these two mainly rests, is that tending to show their possession of the stolen goods or part of them, and their intimate relations with J. B. Gaines, though certain other circumstances appeared in some degree pointing to their guilt. The jury found them guilty; their motion for a new trial on the grounds that the verdict is contrary to law and unsupported by evidence, was overruled, and they excepted.

W. W. VANDIVER, MOSE WRIGHT and J. W. EWING, for plaintiffs in error.

W. J. NUNNALLY, solicitor-general, *contra.*